**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **LINDA WALKER** | : | |
| **Plaintiff,** | : | **C.A. No. 08-10478-JLT** |
| | : | |
| **VS.** | : | |
| | : | |
| **WASHINGTON MUTUAL BANK,** | : | |
| **(as successor in interest to LONG** | : | |
| **BEACH MORTGAGE COMPANY)** | : | |
| **Defendant** | : | |

_____

<u>**JOINT STATUS REPORT**</u>

The claims process resulting from the FDIC take over Washington Mutual Bank is still ongoing. The parties anticipate that the claims process will be completed by January 1, 2010. Accordingly the parties request that the court continue to stay this matter.  Counsel are willing to file an updated report on or before January 10, 2010.

Respectfully submitted,

Linda Walker,                                              Washington Mutual Bank

By her attorney,                                          By its attorneys,

/s/<u>Christopher M. Lefebvre</u>                  /s <u>Thomas J. Enright</u>
BBO #629056                                             BBO #664564
P.O. Box 479                                              PARTRIDGE SNOW & HAHN LLP
Pawtucket, RI 02862                                  2364 Post Road, Suite 100
(401) 728-6060                                          Warwick, RI 02886
(401) 728-6534 FAX                                 (401) 681-1914
<u>chris@lefebvrelaw.com</u>                        <u>tje@psh.com</u>

DATED:    October 16, 2009

1

`

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on October 16, 2009.

/s/Christopher M. Lefebvre