IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LINDA WALKER,** : | |
|    **Plaintiff,** : | |
| : | |
| VS. : | C.A.   08-10478JLT |
| : | |
| **WASHINGTON MUTUAL BANK, FA** : | |
| (as successor in Interest to Long Beach : | |
| Mortgage Company) : | |
|    **Defendant** : | |
| _____ : | |

**DISMISSAL STIPULATION**

  Pursuant to Federal Rule 41(a)(1), the above entitled matter is dismissed with prejudice. Both parties shall be responsible for their own costs and attorneys fees.

| | |
|---|---|
| Presented By, | Attorneys for the Defendant's, |
| Attorney for Plaintiff, | Washington Mutual Bank, FA (as successor in Interest to Long Beach Mortgage Company), |
| | |
| /s/Christopher M. Lefebvre, Esq. | /s/Thomas J. Enright, Esq. |
| MA Bar No.629056 | Partridge Snow & Hahn, LLP |
| P.O. Box 479 | 2364 Post Road, Suite 100 |
| Pawtucket, RI  02862 | Warwick, RI 02886 |
| (401) 728-6060 | (401) 681-1914 |
| (401) 728-6534 (FAX) | (401) 681-1910 |

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on this 13th day of November, 2009, a copy of the within document was electronically filed via the ECF system to all registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                 /s/ Christopher M. Lefebvre